# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:02-CR-121-MR-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DAVID E. CHOATE, | ) |
| Defendant. | ) |
| and | ) |
| BURNS CHEVROLET CADILLAC, | ) |
| Garnishee, | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 38) filed March 11, 2016. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 38) is **GRANTED**.

**SO ORDERED**.

Signed: March 14, 2016

David C. Keesler
United States Magistrate Judge