IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. DNCW3:02-CR-121-001 |
| ) | (Financial Litigation Unit) |
| DAVID E. CHOATE ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| AMERICAN EAGLE SUPERSTORE, INC., ) | |
| Garnishee. ) | |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

**THIS MATTER IS BEFORE THE COURT** on the United States' "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 51) filed December 30, 2016. For the reasons stated therein, and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant David E. Choate is DISMISSED.

Signed: December 30, 2016

David C. Keesler
United States Magistrate Judge