IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:02-CR-121-RJC |
| | ) | (Financial Litigation Unit) |
| | ) | |
| DAVID E. CHOATE, | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| BURNS CHEVROLET CADILLAC, INC., | ) | |
| Garnishee. | ) | |

ORDER TO SHOW CAUSE

Upon the petition and the exhibits attached thereto, and upon the motion of Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, it is

ORDERED that the Garnishee Burns Chevrolet Cadillac, Inc. appear before the United States District Court for the Western District of North Carolina, in the United States Courthouse at Charlotte, NC Courtroom 1-3, on the 26th day of June at 2:00 pm to show cause why it should not be compelled to obey the Writ of Continuing Garnishment served on it on September 2, 2016. It is further

ORDERED that a copy of this Order, together with the Petition and exhibits thereto, be personally served upon the Garnishee on or before 20 days prior to the above hearing date. It is further

ORDERED that within 5 days of service of copies of this Order, the Petition and exhibits, the Garnishee shall file and serve a written response to the petition supported by appropriate affidavits, as well as any motions the Garnishee desires to make. All motions and issues raised by

1

the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit will be considered at the return of this order. Any uncontested allegation(s) in the petition will be considered admitted.

Signed: June 15, 2017

David C. Keesler
United States Magistrate Judge