IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. DNCW 3:02CR121-001 |
| ) | (Financial Litigation Unit) |
| DAVID E. CHOATE ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| BURNS CHEVROLET CADILLAC, INC., ) | |
| Garnishee. ) | |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

**THIS MATTER IS BEFORE THE COURT** on the "Government's Unopposed Motion To Dismiss" (Document No. 55) filed September 13, 2017. Upon motion of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Writ of Continuing Garnishment filed in this case against Defendant David E. Choate is **DISMISSED**.

Signed: November 3, 2017

David C. Keesler
United States Magistrate Judge